# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**LYNNETTE SOCORRO BATISTA SANCHEZ**<br><br>**Debtor** | **CASE NO. 13-07998 BKT**<br>**Chapter 13** |
| **LYNNETTE SOCORRO BATISTA SANCHEZ**<br><br>**Plaintiff**<br>**vs.**<br><br> **STATEBRIDGE COMPANY, LLC, as servicing agent of WILMINGTON SAVINGS FUND; SUNTRUST MORTGAGE INC;UNITED GUARANTY COMMERCIAL INSURANCE COMPANY OF NORTH CAROLINA; ZIANI AT LA VIA HOA**<br><br>**Defendant (s)** | **Adversary No. 13-0222 BKT**<br><br><br><br><br><br><br><br><br><br>**FILED & ENTERED ON 6/15/2015** |

## ORDER

Before the court is a Motion for Summary Judgment filed by Defendant, Statebridge Company LL, as servicing agent of Wilmington Savings Fund FSB, as Trustee for the Prime Star H-Fund I Trust (hereinafter "Statebridge") (Dkt. No. 57), and Plaintiff, Lynnette Batista Sanchez' (hereinafter "Plaintiff" or "Debtor") Response (Dkt. No. 60). Neither party has placed the court in a position to make a determination of the extent of the claims presented in the

1

aforementioned motions. After reviewing the arguments of the parties, and the relevant law, this Court concludes that there is a genuine issue as to a material fact, specifically, whether the value of the property at the center of this dispute is $251,000.00 as Plaintiff contends, or $412,000.00 as put forth by Defendant. This is a material fact that mandates an evidentiary hearing. Accordingly, the moving party is not entitled to judgment as a matter of law.

WHEREFORE, IT IS ORDERED Defendant's Motion for Summary Judgment shall be, and hereby is, DENIED. The Clerk shall schedule a final pre trial hearing.

SO ORDERED

San Juan, Puerto Rico, this 15th day of June, 2015.

Brian K. Tester
U.S. Bankruptcy Judge
for the District of Puerto Rico

2